**Order entered September 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00828-CV

### IN THE INTEREST OF J.C.V., A CHILD

**On Appeal from the 362nd District Court**
**Denton County, Texas**
**Trial Court Cause No. 16-01374-362**

## ORDER

Before the Court is appellant's September 15, 2017 pro se motion for extension of time to file a brief. Appellant seeks a forty-day extension, explaining that he is searching for counsel to help with his appeal. We **GRANT** the motion **to the extent** that appellant shall file a brief by **October 13, 2017**.

/s/ CRAIG STODDART
   JUSTICE